**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARTHA PLAZA,**<br><br>   Plaintiff,<br><br>  v.<br><br>**COMCAST, INC.,** *et al.*,<br><br>   Defendants. | Case No.: 14-CV-5430 YGR<br><br>**ORDER RE: SUMMARY JUDGMENT PRE-FILING CONFERENCE AND SCHEDULING; DENYING REQUEST TO REOPEN DISCOVERY** |

The Court is in receipt of Comcast Cable Communications Management's request for a pre-filing conference for a motion for summary adjudication, and the response of Plaintiff Martha Plaza. Given the issues raised in the letters and the impending deadline for filing of any summary judgment motions, the Court **ORDERS** that the parties are permitted to file their motions without the need for a pre-filing conference.

The Court **DENIES** Plaintiff's request to be permitted to conduct additional discovery. The deadlines set forth in the Court's Case Management and Pretrial Order, Dkt. No. 18, remain in effect.

The parties are directed to review and comply with the requirements of Court's Standing Order, paragraph 9(c) concerning separate statements.

**IT IS SO ORDERED**.

Date: October 20, 2015

                _____
                **YVONNE GONZALEZ ROGERS**
                **UNITED STATES DISTRICT COURT JUDGE**