**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARTHA PLAZA,**<br><br>        **Plaintiff,**<br><br>    vs.<br><br>**COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,**<br><br>        **Defendant.** | Case No.:  14-CV-5430 YGR<br><br>**ORDER CONTINUING COMPLIANCE HEARING** |

The Court understands that the parties intend to file a stipulation of dismissal no later than Monday, March 28, 2016.  In light of that representation, the compliance hearing set for March 25, 2016 is **CONTINUED** to **Friday, April 1, 2016,** at 9:01 a.m.

No later than Monday, March 28, 2016, the parties shall file either: (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

**IT IS SO ORDERED**.

Dated:  March 24, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**